**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAWRENCE LEVINE,** | : | **No. 1:26cv1463** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRAVELERS PROPERTY CASUALTY** | : | |
| **INSURANCE COMPANY** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this 14th day of October 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's Motion to Dismiss Count II, (Doc. 9), is **GRANTED**;
2) Count II of the amended complaint is **DISMISSED** without prejudice;
3) Plaintiff may, within thirty days of the date of this order, or by **November 13, 2026**, file a second amended complaint; defendant must respond no later than fourteen days following service. Should the deadline pass with no amendment, dismissal of Count II will be with prejudice, and defendant must answer by **December 1, 2026**.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**